A. MAE MORSE, Appellant, *v.* THE CITY OF NEW YORK Respondent, Impleaded with Another.

(Argued April 24, 1933; decided May 23, 1933.)

*Humphrey J. Lynch, Monroe J. Cahn* and *Jack Gross* for appellant.

*Arthur J. W. Hilly, Corporation Counsel (J. Joseph Lilly, Charles E. Ramsgate* and *Samuel A. Bloom* of counsel), for respondent.

No opinion.
Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN and CROUCH, JJ. Not sitting: HUBBS, J.